UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1540**

Case Title: **Fathiree Ali** vs. **Stephen Adamson, et al.**

List all clients you represent in this appeal:

> **Stephen Adamson, Shane Jackson, & David Leach**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jennifer A. Foster**    Signature: s/ **Jennifer A. Foster**

Firm Name: **Michigan Dept. of Attorney General**

Business Address: **P.O. Box 30217**

City/State/Zip: **Lansing, MI 48909**

Telephone Number (Area Code): **517-335-3055**

Email Address: **fosterj15@michigan.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17